IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:06-CR-123 |
| ) | |
| DOUGLAS TROY THOMPSON and ) | |
| RANDALL THOMPSON ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the motion of defendant Randall Thompson for a continuance of the trial [doc. 48]. The defendant says that additional time is necessary to prepare for trial because there are issues involving his co-defendant's activities outside the United States which need to be investigated. Neither the co-defendant nor the government have any objection to the motion.

The court finds the defendant's motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interest of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant the motion would deny counsel for the defendant reasonable time to effectively prepare for trial. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the filing of the motion to the new

trial date is excludable time within the meaning of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance is **GRANTED**, and the trial of this criminal case is **CONTINUED** to **June 26, 2007, at 9:00 a.m.**

ENTER:

  *s/ Leon Jordan*
United States District Judge