IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-123 |
| | ) | |
| DOUGLAS TROY THOMPSON and | ) | |
| RANDALL THOMPSON | ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the motion of defendant Randall Thompson for a continuance of the trial [doc. 69]. The defendant says that additional time is necessary because his counsel has been hospitalized for heart bypass surgery and will not be able to resume his practice of law for two to three months. Co-defendant joins in the motion [doc. 70].

The court finds the defendant's motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interest of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant the motion would deny the defendant his attorney's services and his attorney a reasonable time to effectively prepare for trial. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the filing of the motion to the new trial date is excludable time within the meaning of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance is **GRANTED**, and the trial of this criminal case is **CONTINUED** to **March 25, 2008, at 9:00 a.m.**

ENTER:

<u>        *s/ Leon Jordan*        </u>
United States District Judge