IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-123 |
| | ) | |
| DOUGLAS TROY THOMPSON and | ) | |
| RANDALL THOMPSON | ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the motion and supplemental motion of defendant Randall Thompson for a continuance of the trial [docs. 72 and 74]. The defendant says that additional time is necessary because his counsel has been hospitalized again for problems related to his heart bypass surgery and will not be able to resume his practice of law for several months. The government has filed a response and suggests a May trial date [doc. 73].

The court finds the defendant's motions well-taken, and they will be granted. The court finds that the ends of justice served by granting the motions outweigh the best interest of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant the motions would deny the defendant his attorney's services and his attorney a reasonable time to effectively prepare for trial. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the

filing of the motions to the new trial date is excludable time within the meaning of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motions for a continuance are **GRANTED**, and the trial of this criminal case is **CONTINUED** to **June 23, 2008, at 9:00 a.m.**

ENTER:

*s/ Leon Jordan*
United States District Judge